862

No. 77–251.  LOCAL UNION No. 657, UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA OF SHEBOYGAN COUNTY *v.* SIDELL ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 77–288.  SMYTH *v.* UNITED STATES; and

No. 77–289.  BAVOUSETT *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.  Reported below: 557 F. 2d 823.

No. 77–307.  UNITED STATES EX REL. JOHNSTON, DBA L. R. JOHNSTON CO. *v.* GENERAL INSURANCE COMPANY OF AMERICA ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 77–319.  SICA *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 77–320.  COAST OF MAINE LOBSTER CO., INC., ET AL. *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 77–329.  POLK *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 77–5003.  MCBRYAR *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 77–5005.  WINGARD *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 77–5006.  WALKER *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 77–5007.  RAITPORT *v.* DELAWARE VALLEY SMALL BUSINESS INVESTMENT CORP. ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 77–5008.  ESCALANTE *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 77–5010.  MALLOY *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.